## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| Dale Kills Enemy At Night,<br><br>                    Plaintiff,<br><br>vs.<br><br>Wal-Mart Stores, Inc.,<br><br>                    Defendant. | **CASE NO.  4:08CV3232**<br><br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the Stipulation for Dismissal with Prejudice.  The Court, being fully advised in the premises, finds and orders as follows:

**IT IS HEREBY ORDERED** that the lawsuit filed herein is dismissed with prejudice.

**IT IS HEREBY FURTHER ORDERED** that the parties shall each bear its own costs and attorneys' fees.

Dated this 30th day of December, 2009.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Court Judge

Prepared and submitted by:

WAL-MART STORES, INC., Defendant,

By: s/Quinn H. Vandenberg
    Christopher R. Hedican (NE# 19744)
    Heidi A. Guttau-Fox (NE#21570)
    Quinn H. Vandenberg (NE#23338)
of   BAIRD HOLM LLP
    1500 Woodmen Tower
    1700 Farnam St.
    Omaha, NE  68102-2068
    Phone: 402-344-0500
    Facsimile:  402-344-0588
    chedican@bairdholm.com
    hguttaufox@bairdholm.com
    qvandenberg@bairdholm.com